**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Re: Brittany Ebson. | : | Bk. No.: 19 - 16576 |
| | : | |
| DEBTOR | : | |
| | : | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

I, Demetrius J. Parrish, Jr., Counsel for Debtor, hereby certify that a true and correct copy of the attached Motion for Sanctions was forwarded to the following by First Class Mail or by electronic means:

Kenneth E. West, Ch. 13 Trustee
P.O. Box 1229
Philadelphia, Pa. 19105

Office of the U.S. Trustee
200 Chestnut Street, Ste. 520
Philadelphia, Pa. 19106

Erik B. Jensen, Esquire
Jenson & Bagnato, P.C.
1500 Walnut Street, Ste. 1510
Philadelphia, Pa. 19102

Brittany Ebson
2239 Woodstock Street
Philadelphia, Pa. 19132

Respectfully Submitted:

Date: December 21, 2021

/s/ Demetrius J. Parrish, Jr.
Demetrius J. Parrish, Jr., Esquire
Attorney for Movant
7715 Crittenden Street, #360
Philadelphia, Pa. 19118
(215) 735 – 3377/(215) 827 – 5420 fax
Email: djpbkpa@gmail.com