*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Brittany Ebson
    Debtor(s)

Case No: 19–16576–mdc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED FOR TIRAL \*\*
Motion for Relief from Stay . Filed by Devon Moore Represented by DEMETRIUS J. PARRISH

on: 1/18/22

at: 12:30 PM

in:

For The Court

Date: 1/4/22

Timothy B. McGrath
Clerk of Court